United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 17, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| BASIC ENERGY SERVICES, L.P., | Case No. 21-90001 (DRJ) |
| Debtor. | |
| Tax I.D. No. 75-2441819 | **(Emergency Hearing Requested)** |
| In re: | Chapter 11 |
| BASIC ENERGY SERVICES, INC., | Case No. 21-90002 (DRJ) |
| Debtor. | |
| Tax I.D. No. 54-2091194 | **(Emergency Hearing Requested)** |
| In re: | Chapter 11 |
| C&J WELL SERVICES, INC., | Case No. 21-90003 (DRJ) |
| Debtor. | |
| Tax I.D. No. 20-2535684 | **(Emergency Hearing Requested)** |
| In re: | Chapter 11 |
| KVS TRANSPORTATION, INC., | Case No. 21-90004 (DRJ) |
| Debtor. | |
| Tax I.D. No. 77-0244882 | **(Emergency Hearing Requested)** |

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **INDIGO INJECTION #3, LLC,** | § | Case No. 21-90005 (DRJ) |
| | § | |
| Debtor. | § | |
| | § | **(Emergency Hearing Requested)** |
| Tax I.D. No. 80-1537657 | § | |
| In re: | § | Chapter 11 |
| | § | |
| **BASIC ENERGY SERVICES GP, LLC,** | § | Case No. 21-90006 (DRJ) |
| | § | |
| Debtor. | § | |
| | § | **(Emergency Hearing Requested)** |
| Tax I.D. No. 54-2091197 | § | |
| In re: | § | Chapter 11 |
| | § | |
| **BASIC ENERGY SERVICES LP, LLC,** | § | Case No. 21-90007 (DRJ) |
| | § | |
| Debtor. | § | |
| | § | **(Emergency Hearing Requested)** |
| Tax I.D. No. 54-2091195 | § | |
| In re: | § | Chapter 11 |
| | § | |
| **TAYLOR INDUSTRIES, LLC,** | § | Case No. 21-90008 (DRJ) |
| | § | |
| Debtor. | § | |
| | § | **(Emergency Hearing Requested)** |
| Tax I.D. No. 27-2417037 | § | |
| In re: | § | Chapter 11 |
| | § | |
| **SCH DISPOSAL, L.L.C.,** | § | Case No. 21-90009 (DRJ) |
| | § | |
| Debtor. | § | |
| | § | **(Emergency Hearing Requested)** |
| Tax I.D. No. 75-2788335 | § | |

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **AGUA LIBRE HOLDCO LLC,** | § | **Case No. 21-90010 (DRJ)** |
| | § | |
| Debtor. | § | |
| | § | **(Emergency Hearing Requested)** |
| Tax I.D. No. 84-2223092 | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **AGUA LIBRE ASSET CO LLC,** | § | **Case No. 21-90011 (DRJ)** |
| | § | |
| Debtor. | § | |
| | § | **(Emergency Hearing Requested)** |
| Tax I.D. No. 84-2231409 | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **AGUA LIBRE MIDSTREAM LLC,** | § | **Case No. 21-90012 (DRJ)** |
| | § | |
| Debtor. | § | |
| | § | **(Emergency Hearing Requested)** |
| Tax I.D. No. 84-2246701 | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **BASIC ESA, INC.,** | § | **Case No. 21-90013 (DRJ)** |
| | § | |
| Debtor. | § | |
| | § | **(Emergency Hearing Requested)** |
| Tax I.D. No. 75-1772279 | § | |
| | | (Docket No. 2) |

## ORDER DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES

Upon the motion, dated August 17, 2021 (the "**Motion**"),[1] of Basic Energy Services, Inc. and its affiliated debtors in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), for entry of an order pursuant to Bankruptcy

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

3

Rule 1015(b) and Local Rule 1015-1 directing joint administration of their chapter 11 cases, all as more fully set forth in the Motion; and upon consideration of the First Day Declarations; and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and such notice having been adequate and appropriate under the circumstances, and it appearing that no other or further notice need be provided; and this Court having reviewed the Motion; and all objections, if any, to the Motion have been withdrawn, resolved, or overruled; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interests of the Debtors and their respective estates and creditors; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**

1. The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by the Court under Case No. 21-90002 (DRJ). Additionally, the following checked items are ordered:

☒ One disclosure statement and plan of reorganization may be filed for all cases by any plan proponent.

☒ Parties may request joint hearings on matters pending in any of the jointly administered cases.

☒ Other: See below.

2. Nothing contained in this Order shall be deemed or construed as directing or otherwise affecting the substantive consolidation of any of the above-captioned cases, the


Debtors, or the Debtors' estates. The caption of the jointly administered cases should read as follows:

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| BASIC ENERGY | § | Case No. 21-90002 (DRJ) |
| SERVICES, INC., *et al.,* | § | |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |
| | § | |

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Basic Energy Services, L.P. (1819); Basic Energy Services, Inc. (1194); C&J Well Services, Inc. (5684); KVS Transportation, Inc. (4882); Indigo Injection #3, LLC (7657); Basic Energy Services GP, LLC (1197); Basic Energy Services LP, LLC (1195); Taylor Industries, LLC (7037); SCH Disposal, L.L.C. (8335); Agua Libre Holdco LLC (3092); Agua Libre Asset Co LLC (1409); Agua Libre Midstream LLC (6701); and Basic ESA, Inc. (2279). The Debtors' headquarters and service address for the purposes of these chapter 11 cases is 801 Cherry Street, Suite 2100, Fort Worth, Texas 76102.

3. A docket entry shall be made in each of the above-captioned cases (except the chapter 11 case of Basic Energy Services, Inc.) substantially as follows:

> An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of Basic Energy Services, Inc., *et al.* The docket in Case No. 21-90002 (DRJ) should be consulted for all matters affecting this case.

4. The Debtors shall maintain, and the Clerk of the United States Bankruptcy Court for the Southern District of Texas shall keep, one consolidated docket, one file, and one consolidated service list for these chapter 11 cases.

5. The Debtors are authorized to take all actions necessary or appropriate to carry out the relief granted in this Order.

6. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**Signed: August 17, 2021.**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**