IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **BASIC ENERGY** | § | |
| **SERVICES, INC.,** *et al.,* | § | Case No. 21-90002 (DRJ) |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |
| | § | |

(Docket No. 23)

## ORDER GRANTING COMPLEX CASE TREATMENT

These jointly administered chapter 11 cases (the "**Chapter 11 Cases**") were filed on August 17, 2021, by the above-captioned debtors and debtors in possession (collectively the "**Debtors**"). A Notice of Designation as Complex Chapter 11 Cases was filed. Based on its review of the initial pleadings, the Court concludes that the complex chapter 11 case designation is appropriate. Accordingly, the Court orders:

1. The Procedures for Complex Cases in the Southern District of Texas apply to these Chapter 11 Cases. The procedures are posted on the Court's website. Compliance with the procedures is required.

2. The Debtors must give notice of this Order to all parties in interest within seven days. If a party in interest objects to the provisions of this Order, that party may file an appropriate motion within 14 days after service of the Order.

3. The Bankruptcy Local Rules in the United States Bankruptcy Court for the Southern District of Texas (the "**Local Rules**") apply to these Chapter 11 Cases, subject to the following modifications:

   a. Local Rule 1001-1(b) does not apply.

   b. Local District Court Civil Rule 83.1 applies.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Basic Energy Services, L.P. (1819); Basic Energy Services, Inc. (1194); C&J Well Services, Inc. (5684); KVS Transportation, Inc. (4882); Indigo Injection #3, LLC (7657); Basic Energy Services GP, LLC (1197); Basic Energy Services LP, LLC (1195); Taylor Industries, LLC (7037); SCH Disposal, L.L.C. (8335); Agua Libre Holdco LLC (3092); Agua Libre Asset Co LLC (1409); Agua Libre Midstream LLC (6701); and Basic ESA, Inc. (2279). The Debtors' headquarters and service address for the purposes of these chapter 11 cases is 801 Cherry Street, Suite 2100, Fort Worth, Texas 76102.

    c.    Appendix A to the Local Rules of the District Court applies.

    d.    If a conflict exists between the Local Rules and the Procedures for Complex Chapter 11 Cases in the Southern District of Texas, the Procedures for Complex Cases in the Southern District of Texas govern.

**Signed: August 17, 2021.**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**