BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 21-90002 |
| | § | |
| BASIC ENERGY | § | Chapter 11 (DRJ) |
| SERVICES, INC., *et al.*, | § | |
| | § | (Jointly Administered) |
| Debtors.[1] | | |

## NOTICE OF ORGANIZATIONAL MEETING
## FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS

The organizational meeting for the Official Committee of Unsecured Creditors in the captioned case will be convened by telephone conference on August 27, 2021 at 10:00 a.m., Central Time. Members of the committee have been provided call-in instructions.

Dated: August 27, 2021

KEVIN M. EPSTEIN
United States Trustee Region 7
Southern and Western Districts of Texas

By: */s/Jayson B. Ruff*
Jayson B. Ruff, Trial Attorney
Michigan Bar No.P69893
Office of the United States Trustee
515 Rusk Avenue, Suite 3516
Houston, TX 77002
(713) 718-4650 Ext 252
(713) 718-4670 Fax

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Basic Energy Services, L.P. (1819); Basic Energy Services, Inc. (1194); C&J Well Services, Inc. (5684); KVS Transportation, Inc. (4882); Indigo Injection #3, LLC (7657); Basic Energy Services GP, LLC (1197); Basic Energy Services LP, LLC (1195); Taylor Industries, LLC (7037); SCH Disposal, L.L.C. (8335); Agua Libre Holdco LLC (3092); Agua Libre Asset Co LLC (1409); Agua Libre Midstream LLC (6701); and Basic ESA, Inc. (2279). The Debtors' headquarters and service address for the purposes of these chapter 11 cases is 801 Cherry Street, Suite 2100, Fort Worth, Texas 76102.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Organizational Meeting for the Official Committee of Unsecured Creditors has been served by electronic means on all PACER participants on August 27, 2021.

> /s/ Jayson B. Ruff
> Jayson B. Ruff
> Trial Attorney