BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | | |
|---|---|---|---|
| In re: | § | Case No. 21-90002 | |
| | § | | |
| BASIC ENERGY | § | Chapter 11 (DRJ) | |
| SERVICES, INC., *et al.*, | § | | |
| | § | (Jointly Administered) | |
| Debtors.[1] | | | |

NOTICE OF APPOINTMENT OF OFFICIAL
COMMITTEE OF UNSECURED CREDITORS

TO THE HONORABLE DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE:

COMES NOW the United States Trustee, ("UST") through the undersigned attorney, pursuant to Sec. 1102(a) and 1102(b)(1) of the Bankruptcy Code and hereby appoints following eligible creditors to the official committee of unsecured creditors in the above captioned case:

| | | |
|---|---|---|
| 1. | Workday, Inc.<br>Attn: Ann Sandor<br>6110 Stoneridge Mall Road<br>Pleasanton, CA 94588 | Ann Sandor<br>925-951-9000<br>ann.sandor@workday.com |
| 2. | Invoke Tax Partners, Inc.<br>Attn: Jerrod Raymond<br>12221 Merritt Drive, Ste. 1200<br>Dallas, TX 75251 | Jerrod Raymond<br>817-569-7990<br>jerrod.raymond@invoke.tax |
| 3. | Schledewitz Trucking<br>Attn: Tyson Schledewitz<br>107 S. Meeker Street<br>Ft. Morgan, CO 80701 | Tyson Schledewitz<br> 308-249-4899<br>tysonschledewitz@gmail.com |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Basic Energy Services, L.P. (1819); Basic Energy Services, Inc. (1194); C&J Well Services, Inc. (5684); KVS Transportation, Inc. (4882); Indigo Injection #3, LLC (7657); Basic Energy Services GP, LLC (1197); Basic Energy Services LP, LLC (1195); Taylor Industries, LLC (7037); SCH Disposal, L.L.C. (8335); Agua Libre Holdco LLC (3092); Agua Libre Asset Co LLC (1409); Agua Libre Midstream LLC (6701); and Basic ESA, Inc. (2279). The Debtors' headquarters and service address for the purposes of these chapter 11 cases is 801 Cherry Street, Suite 2100, Fort Worth, Texas 76102.

|   |   |   |
|---|---|---|
| 4. | CERTEX USA, Inc.<br>Attn: Steve Thatcher<br>11949 FM 529<br>Houston, TX 77041 | Steve Thatcher<br>832-783-8114<br>sthatcher@certex.com |
| 5. | Baker Hughes Company<br>Attn: Christopher J. Ryan<br>2001 Rankin Rd.<br>Houston, TX 77073 | Christopher J. Ryan<br> 713-416-0149<br>chris.ryan@bakerhughes.com |

Dated: August 27, 2021

KEVIN M. EPSTEIN
United States Trustee Region 7
Southern and Western Districts of Texas

By: */s/Jayson B. Ruff*
Jayson B. Ruff
Trial Attorney
Michigan Bar No. P69893
Office of the United States Trustee
515 Rusk Avenue, Suite 3516
Houston, TX 77002
(713) 718-4650 Ext 252
(713) 718-4670 Fax

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Appointment of Official Committee of Unsecured Creditors has been served by electronic means on all PACER participants on August 27, 2021.

                                                */s/ Jayson B. Ruff*
                                                Jayson B. Ruff
                                                Trial Attorney