IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| BASIC ENERGY SERVICES, INC., *et al.*, | § § § § | Case No. 21-90002 (DRJ) |
| | § § | (Jointly Administered) |
| Debtors.[1] | § | |

DEBTORS' WITNESS AND EXHIBIT LIST
FOR HEARING ON SEPTEMBER 14, 2021 AT 3:00 P.M. (CST)

Basic Energy Services, Inc., and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**") file this witness and exhibit list (the "**Witness and Exhibit List**") for the hearing scheduled for September 14, 2021, at 3:00 p.m. (Prevailing Central Time) before the Honorable David R. Jones at the United States Bankruptcy Court for the Southern District of Texas, Courtroom 400, 515 Rusk Avenue, Houston, Texas 77002 (the "**Hearing**"):

## WITNESSES

The Debtors may call any of the following witnesses at the Hearing:

1. Brandon Aebersold, Managing Director, Lazard Frères & Co. LLC;
2. James A. Mesterharm, Managing Director, AlixPartners LLP;
3. Any witness called or listed by any other party; and
4. Any rebuttal witnesses.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Basic Energy Services, L.P. (1819); Basic Energy Services, Inc. (1194); C&J Well Services, Inc. (5684); KVS Transportation, Inc. (4882); Indigo Injection #3, LLC (7657); Basic Energy Services GP, LLC (1197); Basic Energy Services LP, LLC (1195); Taylor Industries, LLC (7037); SCH Disposal, L.L.C. (8335); Agua Libre Holdco LLC (3092); Agua Libre Asset Co LLC (1409); Agua Libre Midstream LLC (6701); and Basic ESA, Inc. (2279). The Debtors' headquarters and service address for the purposes of these chapter 11 cases is 801 Cherry Street, Suite 2100, Fort Worth, Texas 76102.

**DEBTORS' WITNESS AND EXHIBIT LIST – PAGE 1 OF 4**

**EXHIBITS**

The Debtors may offer into evidence any one or more of the following exhibits:

| Debtors Exhibit No. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 1. | Declaration of Brandon Aebersold ("**Aebersold Declaration**") in Support of (I) Motion for Entry of Order Authorizing Debtors to Obtain Senior Secured Superpriority Postpetition Financing and Use Cash Collateral, and (II) Motion for Entry of Order Approving Bidding Procedures, dated August 17, 2021 [ECF No. 5] | | | | |
| 2. | Declaration of James A. Mesterharm in Support of First Day Relief, dated August 17, 2021 [ECF No. 6] ("**First Day Declaration**") | | | | |
| 3. | Initial DIP Budget, dated August 17, 2021 [attached as Ex. C to ECF No. 41] | | | | |
| 4. | Debtor in Possession Secured Multi-Draw Term Promissory Note, dated August 18, 2021 | | | | |
| 5. | Any pleading or other document filed with the Court on the docket of the above-captioned chapter 11 cases | | | | |
| 6. | Any exhibit necessary to rebut the evidence or testimony of any witness offered or designated by any other party | | | | |
| 7. | Any exhibit listed by any other party | | | | |

The Debtors reserve the right to amend or supplement the Witness and Exhibit List at any time prior to the Hearing.

Dated: September 10, 2021
       Dallas, Texas

Respectfully submitted,

 */s/ Paul R. Genender*
WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez (15776275)
Stephanie N. Morrison (admitted *pro hac vice*)
700 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Email: Alfredo.Perez@weil.com
       Stephanie.Morrison@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock, P.C. (admitted *pro hac vice*)
Sunny Singh (admitted *pro hac vice*)
Jared R. Friedmann (admitted *pro hac vice*)
Lauren Bernstein (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: Ray.Schrock@weil.com
       Sunny.Singh@weil.com
       Jared.Friedmann@weil.com
       Lauren.Bernstein@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Paul R. Genender (00790758)
Jake R. Rutherford (24102439)
200 Crescent Court, Suite 300
Dallas, Texas 75201
Telephone: (214) 746-7877
Facsimile: (214) 746-7777
Email: Paul.Genender@weil.com
       Jake.Rutherford@weil.com

*Proposed Attorneys for Debtors
and Debtors in Possession*

**DEBTORS' WITNESS AND EXHIBIT LIST – PAGE 3 OF 4**

## Certificate of Service

    I hereby certify that on September 10, 2021, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                   */s/ Paul R. Genender*
                                                   Paul R. Genender