UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
<u>HOUSTON</u> DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Chapter 11 |
| BASIC ENERGY SERVICES, | § | |
| INC., *et al.*, | § | Case No. 21-90002 (DRJ) |
| | § | |
| Debtors | § | (Jointly Administered) |

<u>NOTICE OF HEARING</u>
<u>NOVEMBER 5, 2021 AT 10:00 A.M.</u>

**PLEASE TAKE NOTICE** that on **November 5, 2021 at 10:00 a.m. (CST),** a video/telephonic hearing to consider *A) Emergency Motion of Pedro De La Rosa and Angelina De La Rosa For Limited Relief From The Automatic Stay [Doc. 485]* and *B)Emergency Motion of Pedro De La Rosa and Angelina De La Rosa To Extend The Movants' Deadline To File Proof Of Claim [Doc. 501]* ("**Motions**") will be conducted before the Honorable David R. Jones, Chief United States Bankruptcy Judge, ("**Hearing**"). Parties wishing to participate telephonically must dial in using the Court's teleconference system at **(832) 917-1510** and entering conference code **205691**. Parties wishing to participate by video conference may do so by use of GoToMeeting. To use GoToMeeting, you may do so by use of an internet connection, using the website gotomeet.me/judgejones or the free application GoToMeeting, selecting "Join My Meeting" and entering meeting code "JudgeJones."

Respectfully submitted,

*/s/ Antonio Villeda*
ANTONIO VILLEDA
State Bar No. 20585300
Email: avilleda@mybusinesslawyer.com
CHRISTOPHER CHEATHAM
State Bar No. 24053140
Email: ccheatham@mybusinesslawyer.com
MARK TALBOT
State Bar No. 19618850
Email: mtalbot@mybusinesslawyer.com

VILLEDA LAW GROUP

1

6316 North 10th Street, Bldg. B
McAllen, Texas 78504
Telephone: (956) 631-9100
Facsimile: (956) 631-9146

**Attorneys for Movants**

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2021, a true and correct copy of the above and foregoing Motion was served by electronic means, if available, otherwise by first class mail to:

| | |
|---|---|
| Jayson B. Ruff<br>OFFICE OF THE UNITED STATES TRUSTEE<br>515 Rusk Street, Suite 3516<br>Houston, Texas 77002<br>Jayson.b.ruff@usdoj.gov | Via ECF |
| Basic Energy Services, Inc., et al<br>801 Cherry Street, Suite 2100<br>Fort Worth, TX 76102<br>*Debtors* | Via USPS 1st Class Mail |
| Paul R. Genender<br>WEIL, GOTSHAL & MANGES LLP<br>200 Crescent Court, Suite 300<br>Dallas, Texas 75201-6950<br>Paul.genender@weil.com<br>*Attorney for Debtors* | VIA ECF |
| Alfredo R. Perez<br>WEIL GOTSHAL et al<br>700 Louisiana, Suite 1700<br>Houston, Texas 77002<br>Alfredo.perrez@weil.com<br>*Attorney for Debtors* | Via ECF |
| Kenneth P. Green<br>SNOW & GREEN LLP<br>P.O. Box 549<br>Hockley, Texas 77447<br>ken@snow-green.com<br>*Attorney for Official Committee of Unsecured Creditors* | Via ECF |

And all other creditors of notice.

/s/ Antonio Villeda
Antonio Villeda

2