IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | § § | Chapter 11 |
| BASIC ENERGY SERVICES, INC., *et al.*, | § § § § | Case No. 21-90002 (DRJ) |
|  | § | (Jointly Administered) |
| Debtors.[1] | § | (Related to ECF No. 461) |

## NOTICE OF RESCHEDULED HEARING

1. **PLEASE TAKE NOTICE THAT** the *Motion of Creditor Arlisa Ann Carr, Individually, and as Representative of the Estate of Dexture Carr, Deceased, for Limited Relief from the Automatic Stay* [ECF No. 461] (the "**Motion**") originally scheduled for October 26, 2021, at 10:00 a.m. **has been rescheduled to November 12, 2021, at 10:00 a.m. (CST)**.

2. A video/telephonic hearing to consider the Motion will be conducted before the Honorable David R. Jones, Chief United States Bankruptcy Judge. Parties wishing to participate telephonically must dial in using the Court's teleconference system at **(832) 917-1510** and enter conference code **205691**. Parties wishing to participate by video conference may do so by use of GoToMeeting. To use GoToMeeting, you may do so by use of an internet connection, using the website GOTOMEET.ME/JUDGEJONES or the free application GoToMeeting, selecting "Join My Meeting" and entering meeting code "JudgeJones."

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Basic Energy Services, L.P. (1819); Basic Energy Services, Inc. (1194); C&J Well Services, Inc. (5684); KVS Transportation, Inc. (4882); Indigo Injection #3, LLC (7657); Basic Energy Services GP, LLC (1197); Basic Energy Services LP, LLC (1195); Taylor Industries, LLC (7037); SCH Disposal, L.L.C. (8335); Agua Libre Holdco LLC (3092); Agua Libre Asset Co LLC (1409); Agua Libre Midstream LLC (6701); and Basic ESA, Inc. (2279). The Debtors' headquarters and service address for the purposes of these chapter 11 cases is 801 Cherry Street, Suite 2100, Fort Worth, Texas 76102.

Dated: October 22, 2021

        Respectfully submitted,

        */s/ Jeffrey G. Tinkham*
        Jeffrey G. Tinkham, Of Counsel
        TBA No. 20056300
        S.D.T. Adm. No. 4725
        **Martin, Disiere, Jefferson & Wisdom, LLP**
        808 Travis Street, Suite 1100
        Houston, Texas 77002
        (713) 854-4403 telephone
        (713) 222-0101 facsimile
        tinkham@mdjwlaw.com

        ***Attorney in Charge for Arlisa Ann Carr, Individually, and as Representative of the Estate of Dexture Carr, Deceased***

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing notice of rescheduled hearing via the Court's ECF system on this 22nd day of October 2021, and that all parties entitled to notice were thereby served.

        */s/ Jeffrey G. Tinkham*
        Jeffrey G. Tinkham