IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| BASIC ENERGY SERVICES, INC., *et al.*, | § § § | Case No. 21-90002 (DRJ) |
| Debtors.[1] | § § § | (Jointly Administered) |

**SECOND STIPULATION EXTENDING RESPONSE DEADLINE
ON LIQUIDATION TRUSTEE'S OBJECTION TO
CLAIM NO. 749 FILED BY ROBERT OLVERA**

This stipulation (the "Stipulation") is entered into by and among David Dunn, in his capacity as Liquidation Trustee (the "Liquidation Trustee") of the Basic Energy Liquidation Trust and Robert Olvera ("Olvera") (together, the Liquidation Trustee and Olvera are collectively referred to as the "Parties," and each as a "Party"). The Parties hereby stipulate and agree, pursuant to Paragraph 7 of the Court Procedures and Practice Tips of Judge David A. Jones, August 11, 2020, that the deadline for Olvera to file a response to the Liquidation Trustee's Objection to Claim No. 749 Filed by Robert Olvera [Docket No. 1664] (the "Objection") is extended to May 22, 2023.

[Signatures on next page]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Basic Energy Services, L.P. (1819); Basic Energy Services, Inc. (1194); C&J Well Services, Inc. (5684); KVS Transportation, Inc. (4882); Indigo Injection #3, LLC (7657); Basic Energy Services GP, LLC (1197); Basic Energy Services LP, LLC (1195); Taylor Industries, LLC (7037); SCH Disposal, L.L.C. (8335); Agua Libre Holdco LLC (3092); Agua Libre Asset Co LLC (1409); Agua Libre Midstream LLC (6701); and Basic ESA, Inc. (2279). The Debtors' headquarters and service address for the purposes of these chapter 11 cases is 801 Cherry Street, Suite 2100, Fort Worth, Texas 76102.

IN WITNESS WHEREOF, this Stipulation has been executed and delivered as of the day and year first below written.

| | |
|---|---|
| Dated:  May 5, 2023 | Dated:  May 5, 2023 |
| By: */s/ Aaron Guerrero* | By: */s/Joshua W. Wolfshohl* |
| **BONDS ELLIS EPPICH SCHAFER JONES LLP**<br>Ken Green<br>Texas State Bar No. 24036677<br>Aaron Guerrero<br>Texas State Bar No. 24050698<br>Bryan Prentice<br>Texas State Bar No. 24099787<br>950 Echo Lane, Suite 120<br>Houston, Texas 77024<br>(713) 335-4990 telephone<br>(713) 335-4991 facsimile<br>Email: ken.green@bondsellis.com<br>aaron.guerrero@bondsellis.com<br>bryanprentice@bondsellis.com | **PORTER HEDGES LLP**<br>Joshua W. Wolfshohl<br>Texas State Bar No. 24038592<br>1000 Main St., 36th Floor<br>Houston, Texas 77002<br>(713) 226-6695 telephone<br>Email:  JWolfshohl@porterhedges.com |
| **ATTORNEYS FOR DAVID DUNN, THE LIQUIDATION TRUSTEE FOR THE BASIC ENERGY LIQUIDATION TRUST** | **ATTORNEY FOR ROBERT OLVERA** |